**Order entered June 6, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00481-CV

**FRENCH LARRY TAYLOR, Appellant**

**V.**

**WENDIE RENEE WILLIAMS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-56604-2015**

## ORDER

Before the Court is appellant's June 2, 2016 motion for an extension of time to file a brief. Because the reporter's record has not been filed, appellant's brief is not yet due. On May 10, 2016, the Court sent a past-due notice to the court reporter instructing her to file the reporter's record within thirty days. Appellant's brief will be due thirty days after the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **DENY** appellant's motion as premature.

/s/      ELIZABETH LANG-MIERS
JUSTICE